# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL LUIS CRESPO, et al** | |
| Plaintiffs | |
| vs. | Civil 97-2070 (PG) |
| **SPM DYNACAST, INC. et al** | |
| Defendants | |

## ORDER

By Order of Hon. Juan M. Pérez-Giménez the settlement conference in the above captioned case, which was scheduled for October 28, 1999, is hereby canceled. The parties are to file a motion informing the status of the settlement negotiations and, if a conference is still needed, requesting that one be scheduled.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26th day of October, 1999.

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk

s/c:  Lee Sepulvado   (Notified by phone: Melaris)
      Pedro Delgado        "      "    "    Evelyn

