IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. CRESPO, ET ALS

    Plaintiffs,

    v.    CIVIL NO. 97-2070 (PG)

SPM DYNACAST, INC., ET ALS

    Defendants,

## FINAL ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE

After reviewing the settlement agreement submitted by the parties and the motion requesting dismissal with prejudice submitted by all Plaintiffs, this Court grants its approval to the aforementioned agreement. A copy of the settlement agreements entered between the parties will be kept under seal in the record of this case as provided by the agreement between the parties.

The Court having granted Plaintiffs' motion requesting dismissal with prejudice, it is hereby

**ORDERED AND ADJUDGED** that the complaint filed in this case be dismissed with prejudice.

San Juan, Puerto Rico, December 2, 1999.

                                                 JUAN M. PEREZ-GIMENEZ
                                               U.S. DISTRICT JUDGE

