UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| ANGEL L. CRESPO, ET AL., | * | |
| Plaintiffs | * | |
| v. | * | Civ. No. 97-2070(PG) |
| SPM DYNACAST, INC., ET AL., | * | |
| Defendants | * | |

**JUDGMENT**

The Court having granted plaintiffs' motion requesting dismissal with prejudice, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED with prejudice**.

San Juan, Puerto Rico, December 2, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)